UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., *A PENNSYLVANIA CORPORTATION*, Plaintiff, | : : : : |
| v. | :     No.   5:23-cv-3318 |
| LEETRONICS CORPORATION, *A NEW YORK CORPORATION*, ELIRAN YADID, *A NATURAL PERSON*, & JOHN DOES 1-10, *INDIVIDUALLY OR AS CORPORATIONS/BUSINESS ENTITIES*, Defendants. | : : : : : : : |

_____

# **O R D E R**

**AND NOW**, this 26th day of March, 2024, upon consideration of the entry of default of Defendants Leetronics and Yadid on September 28, 2023, for failure to appear, plead or otherwise defend, ECF No. 8, Plaintiff's Motion for Default Judgment, ECF No. 9, the affidavits filed, ECF Nos. 6 & 11, and for the reasons expressed in the Opinion issued this date, it is **ORDERED** that:

1. Plaintiff's Motion, ECF No. 9, is **GRANTED**.

2. Judgment is **ENTERED** in favor of the Plaintiff against Defendants Leetronics and Yadid on Counts I, II, III, and V of the Complaint.

3. Yadid, Leetronics, and Leetronics' employees, agents, officers, representatives, directors, attorneys, successors, affiliates, assigns, other entities owned or controlled by Defendant

Leetronics, and all of those in active concert and participation with Defendants (the "Enjoined Parties") are adjudged in default and permanently enjoined as follows:

a. The Enjoined Parties are prohibited from all future activity infringing on Lutron's trademarks.

b. The Enjoined Parties are prohibited from distributing, circulating, selling, offering to sell, advertising, promoting, or displaying, via the internet or otherwise, any Lutron products or products bearing Lutron's trademarks.

c. The Enjoined Parties must take all actions to remove Lutron's trademarks and any reference to Lutron products from any website operated by or associated with the Enjoined Parties, including but not limited to removing all Lutron products and trademarks from any Amazon storefront operated by or associated with the Enjoined Parties, such as the Amazon storefront with Merchant ID A1Q339Q3I0J2ZN, currently known as "Fannys Gifts."

d. The Enjoined parties are directed to return or destroy any infringing Lutron products currently in their possession, custody, or control.

4. Plaintiff is directed to **SHOW CAUSE** in writing to this Court **on or before April 8, 2024**, as to why this Court should not dismiss the remaining John Doe defendants for Plaintiff's failure to identity, effectuate service,[1] or state a claim against these defendants. If Plaintiff fails to respond, this Court will dismiss the remaining John Doe defendants

---

[1] When an unnamed defendant is not identified or served "within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

and enter final judgment disposing of this action pursuant to Federal Rule of Civil Procedure 54(b).[2]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[2] Rule 54(b) provides that "[w]hen an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b). *See also Wyndham Hotels & Resorts, LLC v. Welcome Hotel Grp., LLC*, No. 17-04065, 2020 U.S. Dist. LEXIS 223992, at *2 (D.N.J. Nov. 25, 2020) (internal citation omitted) ("To order final judgment, all of Plaintiff's claims must be 'either resolved or withdrawn.'").